JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JULIO CEASAR CALLIRGOS,

               Petitioner,

         v.

DOMINGO URIBE, JR., Warden,

               Respondent.

Case No. SACV 09-1218-JFW (JEM)

**JUDGMENT**

      In accordance with the Final Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

      IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus is denied and dismissed with prejudice.

DATED:  May 20, 2010

                              JOHN F. WALTER
                UNITED STATES DISTRICT JUDGE